**Yueru DENG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–71871.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Leslie E. Kobayashi, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 17, 2015.*

Filed March 2, 2015.

Lien Lac Uy, Law Office of Lien L. Uy, Oakland, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Oil, Stuart Nickum, Trial, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Yueru Deng, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order finding Deng removable and denying his application under 8 U.S.C. § 1186a(c)(4)(B) for waiver of the joint filing requirement to remove the conditional basis of his lawful permanent resident status. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's denial of a waiver under 8 U.S.C. § 1186a(c)(4)(B). *Damon v. Ashcroft*, 360 F.3d 1084, 1087 (9th Cir.2004). We deny the petition for review.

Substantial evidence supports the agency's denial of Deng's application for waiver under 8 U.S.C. § 1186a(c)(4)(B), where Deng did not meet his burden of demonstrating that he entered into his marriage

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

to his former United States citizen spouse in good faith. *See* 8 U.S.C. § 1186a(c)(4)(to establish eligibility for this waiver, the alien must demonstrate that "the qualifying marriage was entered into in good faith by the alien spouse").

Deng's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**